IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

IN RE:                                             CASE NO: 13-50173
JOHN HARPER SORELLE, JR.                           HEARING DATE: January 24, 2018
CHENOA LYNETTE SORELLE                             HEARING TIME:  9:00 am
5426 6TH STREET
LUBBOCK, TX  79416

DEBTORY ATTORNEY: SAM C. GREGORY

## TRUSTEE'S MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

Date: December 26, 2017

Pursuant to 11 U.S.C. 1329, the Standing Chapter 13 Trustee requests the following Modification of Debtor (s) confirmed Plan herein

**I**
**History of the Case**

1. Date Case Filed: 07/01/2013
2. Date of Section 341 Meeting: August 14, 2013
3. Date of Confirmation:September 26, 2013
4. First Payment Date: August 01, 2013
5.Total Plan Term Prior to this Modification .60

**II**
**Modification Requested**

Debtor shall send $523.00 of his 2016 tax refund to the Trustee within 10 days of entry of Order Approving, or in the alternative, raise plan payment to pay Trustee tax refuned owed. Plan base shall be raised by same amount.

**III**
**Reason for Modification**

Debtor(s) 2016 tax return shows that Debtor(s) received a tax refund of $2,523.00 of which $523.00 is due to Trustee per General Order 2017-01 for the benefit of unsecured creditors. Debtor(s) still owe Trustee $523.00 of said refund.Modification is requested to raise Debtor(s) payment and/or base amount in order to pay Trustee said tax refund.

Respectfully Submitted,

/s/ Marc McBeath
Marc McBeath, Bar # 13328600
Staff Attorney
Robert B. Wilson, Bar # 21715000
Chapter 13 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 13-50173 |
| JOHN HARPER SORELLE, JR. | HEARING DATE: January 24, 2018 |
| CHENOA LYNETTE SORELLE | HEARING TIME:  9:00 am |
| | |
| A/K/A: J.J. | A/K/A 2: COLEMAN, WASHINGTON |
| DIB/A: | DIB/A 2: |

### NOTICE OF HEARING, PRE-HEARING CONFERENCE AND ATTACHED MODIFICATION OF PLAN AFTER CONFIRMATION

### NOTICE OF HEARING

On January 24, 2018, which is at least twenty-eight (28) days from the date of service hereof, at 9:00 am a **HEARING** on the above and foregoing "Modification of Plan After Confirmation" will be held in

**FOR LIVE COURT**
**BANKRUPTCY COURTROOM**
**1205 TEXAS AVE ROOM 314**
**LUBBOCK, TX  79401**

Creditors are not required to attend unless they have objections to the Modification.

### NOTICE OF PRE-HEARING CONFERENCE

A **PRE-HEARING CONFERENCE** will be held at the location below on 01/18/2018 at 2:00 pm. Hearings on Motions to Modify Plans with objections not resolved at the **PRE-HEARING CONFERENCE** will be heard by the Court at the scheduled Hearing time.

**TRUSTEE'S OFFICE**
**1407 BUDDY HOLLY AVENUE**
**LUBBOCK, TX  79401**

**NOTICE** is hereby given that pursuant to 11 U.S.C. 1329 the attached "Modification of Plan" dated 12/26/2017, **will be** approved by the Court as the Debtor's Modified Chapter 13 Plan unless a party in interest files a written "Objection to the Modification" within twenty-one (21) days of service hereof, and the Debtor has made any subsequent payments required under the Modified Plan. An "**Objection to Modification**" should be filed with the Bankruptcy Court at the following address:

**CLERK OF THE BANKRUPTCY COURT**
**1205 TEXAS AVE ROOM 306**
**LUBBOCK, TX  79401**

/s/ Marc McBeath
Marc McBeath, Bar # 13328600
Staff Attorney
Robert B. Wilson, Bar # 21715000
Chapter 13 Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Trustee's Modification of Plan after Confirmation and Notice of Hearing was this date served on the above named debtor(s) and the following parties electronically or at the addresses listed below by U.S. First Class mail:

ABBEVILLE FAMILY DENTISTRY, 5255 79TH, LUBBOCK, TX 79424

ACS EDUCATION SERVICES, P.O. BOX 7051, UTICA, NY 13504-7051

ALLIANCE F.C.U., O/B/O TEXAS GUARANTEED STUDENT, P.O. BOX 659602, SAN ANTONIO, TX 78265-9602

ASCENSION CAPITAL GROUP, INC, ATTN: EXETER FINANCE CORP DEPT, P.O. BOX 201347, ARLINGTON, TX 76006

ASPEN COLLECTION, P.O. BOX 5129, SPRING HILL, FL 34611

ASSET ACCEPTANCE LLC, ASSIGNEE/ XCEL, PO BOX 2036, WARREN, MI 47090-2036

BANK OF AMERICA NA, 225 W. HILLCREST DR., THOUSAND OAKS, CA 91360-7883

BRUCE MAGNESS, 2742 82ND STREET, LUBBOCK, TX 79423

BUREAUS INVESTMENT GROUP #15, C/O RECOVERY MANAGEMENT SYSTEM, 25 SE 2ND AVENUE, SUITE 1120, MIAMI, FL 33131-1605

CALVERT HOME HEALTH CARE, 10207 INDIANA AVENUE, LUBBOCK, TX 79423

CHECK-N-G0 OF TEXAS, 7755 MONTGOMERY RD., STE 400, CINCINATI, OH 45236-4197

CLUBMELIA, 9500 S. DADELAND BLVD, STE 300, MIAMI, FL 33156

CORNERSTONE UROLOGY, 418 N UTICA AVE, LUBBOCK, TX 79416-3035

COVENANT HEALTH SYSTEM, 3615 19TH STREET, LUBBOCK, TX 79410

COVENANT MEDICAL GROUP-IDX, C/O COLLECTECH DIVERSIFIED, P.O. BOX 12027, LUBBOCK, TX 79452

COVENANT MEDICAL, P.O. BOX 650597, DALLAS, TX 75265

DISCOVER BANK, DB SERVICING CORPORATION, P.O. BOX 3025, NEW ALBANY, OH 43054-3025

DIVERSIFIED INVESTMENT ADVISOR, P.O. BOX 13695, NEWARK, NJ 07188-0695

ELDORADO DEVELOPEMENT CORP, 3015 N. OCEAN BLVD #115, FT. LAUDERDALE, FL 33308

ELDORADO RESORTS CORP, 2700 162ND ST. SW, STE 300, LYNNWOOD, WA 98087

ELDORADO RESORTS CORP., 3015 N. OCEAN BLVD., #119, FORT LAUDERDALE, FL 33308

ELDORADO RESORTS CORP., 3015 N. OCEAN BLVD., STE. 121, FT. LAUDERDALE, FL 33308-7300

ELDORADO RESORTS CORP-MTG DEPT, 3015 N. OCEAN BLVD, STE 120, FT. LAUDERDALE, FL 33308-7300

ENHANCED RECOVER CO., 8014 BAYBERRY RD., JACKSONVILLE, FL 32256-7414

EXETER FINANCE CORPORATION, P.O. BOX 167399, IRVING, TX 75016

FHA/HUD, 801 CHERRY ST. UNIT 45, FT. WORTH, TX 76102-6882

FIRST NATIONAL BANK, P.O. BOX 937, KILLEEN, TX 76540

FREEDOM DEBT RELIEF, LLC, 4940 S. WENDLER DRIVE, TEMPE, AZ 85282

FREEDOM FITNESS, 4124 19TH STREET, LUBBOCK, TX 79407

GE CAPITAL RETAIL BANK, C/O RECOVERY MANAGEMENT SYSTEM, 25 SE 2ND AVENUE, SUITE 1120, MIAMI, FL 33131-1605

INTEGRITY TEXAS FUNDING, 3440 PRESTON RIDGE RD, STE 500, ALPHARETTA, GA 30005

IRS, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346

IRS--CENTRALIZED INSOLVENCY OP, PAYMENT PROCESSING, P.O. BOX 7317, PHILADELPHIA, PA 19101-7317

JAMES W. KING, OFFERMAN & KING, LLP, 6420 WELLINGTON PLACE, BEAUMONT, TX  77706

JANELLE DORSETT, M.D., 3405 22ND STREET STE 300, LUBBOCK, TX  79410

JOE ARRINGTON CANCER CENTER, C/O CDI, P.O. BOX 12027, LUBBOCK, TX  79452

JOHN HARPER SORELLE, JR., CHENOA LYNETTE SORELLE, 5426 6TH STREET, LUBBOCK, TX  79416

KING BUCHANNON, 5527 79TH, LUBBOCK, TX  79424

LUBBOCK CENTRAL APPRAISAL DIST, C/O LAURA MONROE, P.O. BOX 817, LUBBOCK, TX  79408

LUBBOCK PUBLIC LIBRARY, C/O UNIQUE NATIONAL COLLECT., 119 E. MAPLE STREET, JEFFERSON, IN  47130

LUBBOCK SURGICAL ASSOC., 3611 22ND PL., LUBBOCK, TX  79410

MACKIE WOLF ZIENTZ & MANN PC, ATTN MICHAEL ZIENTZ, 14160 NORTH DALLAS PKWY STE 900, DALLAS, TX  75254

MCI/VERIZON, P.O. BOX 5512168, JACKSONVILLE, FL  32255

PENNYMAC LOAN SERVICES LLC, 6101 CONDOR DRIVE  SUITE 200, MOORPARK, CA  93021

PENNYMAC LOAN SERVICES LLC, PO BOX 660929, DALLAS, TX  75266-0929

PRA RECEIVABLES MANAGEMENT LLC, PORTFOLIO RECOVERY ASSOCIATES, P.O. BOX 12914, NORFOLK, VA  23541

PRA RECEIVABLES MANAGEMENT LLC, PORTFOLIO RECOVERY ASSOCS., P.O. BOX 41067, NORFOLK, VA  23541-1067

PREMIER BANKCARD/CHARTER, P.O. BOX 2208, VACAVILLE, CA  95696

QUANTUM3 GROUP LLC, MOMA FUNDING LLC, PO BOX 788, KIRKLAND, WA  98083-0788

RECONTRUST COMPANY NA, 2380 PERFORMANCE DRIVE, TX2-984-0407, RICHARDSON, TX  75082

RESORT RECOVERY SOLUTIONS LLC, P.O. BOX 880772, SAN DIEGO, CA  92168-0772

ROBERT B. WILSON, TRUSTEE, 1407 Buddy Holly Avenue, Lubbock, TX  79401

SALLIE MAE INC, OBO DEPARTMENT OF EDUCATION, P.O. BOX 740351, ALTANTA, GA  30374-0351

SALLIE MAE O/B/O TGSLC, P.O. BOX 83100, ROUND ROCK, TX  78683-3100

SALLIE MAE/DEPT OF ED, 11100 USA PKWY, FISHERS, IN  46037

SAM C. GREGORY, 2742 82ND STREET, LUBBOCK, TX  79423

SANTANDER CONSUMER USA INC, P.O. BOX 560284, DALLAS, TX  75356

SANTANDER CONSUMER USA, INC, P.O. BOX 961245, FORT WORTH, TX  76161

TGSLC, P.O BOX 659602, SAN ANTONIO, TX  78265

TGSLC, P.O. BOX 83100, ROUND ROCK, TX  78683

THE ADVANCED BARIATRIC SURGERY, 3805 22ND PLACE, LUBBOCK, TX  79410

U. S. TRUSTEE, ROOM 976, 1100 COMMERCE, DALLAS, TX  75242

U.S. ATTORNEY GENERAL, MAIN JUSTICE BLDG, ROOM 5111, 10TH & CONSTITUTION AVE., NW, WASHINGTON, DC  20530

U.S. ATTORNEY, 3RD FLOOR, 1100 COMMERCE ST., DALLAS, TX  75242-1699

VILLA DEL PALMAR-FLAMINGOS, CONSTUCTURA DEL LOS ARCLOE, P.O. BOX 881069, SAN DIEGO, CA  92168-1069

WELLS FARGO BANK NA, PO BOX 14487, DES MOINES, IA  50309

WELLS FARGO BANK, A0143-042, P.O. BOX 63491, SAN FRANSICO, CA  94163

WELLS FARGO BANK, MACQ 2123-013, P.O. BOX 94423, ALBUQUERQUE, NM  87199

WELLS FARGO BANK, N.A., HOME EQUITY GROUP, X-2303-01A  1 HOME CAMPUS, DES MOINES, IA  50328-0001

WELLS FARGO BANK, N.A., P.O. BOX 10438, MAC X2505-036, DES MOINES, IA  50306

WELLS FARGO BANK, N.A., WELLS FARGO CARD SERVICES, P.O. BOX 9210, DES MOINES, IA  50306

WELLS FARGO BANK, PO BOX 5058, MAC P6053-021, PORTLAND, OR 97208

WELLS FARGO OPERATIONS CENTER, P.O. BOX 31557, MAC B6955-01B, BILLINGS, MT 59107

WELLS FARGO, MAC R4058-03A, P.O. BOX 50010, ROANOKE, VA 24022

WELLS FARGO, P.O. BOX 10347, DES MOINES, IA 50306

Dated: December 26, 2017

/s/ Marc McBeath
Marc McBeath, Bar # 13328600
Staff Attorney
Robert B. Wilson, Bar # 21715000
Chapter 13 Trustee